# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:13CR107 |
| vs. | ) | ORDER |
| JOHN SEBES, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John Sebes (Sebes) to modify the conditions of release (Filing No. 97). Sebes' counsel represents that government's counsel has no objection to the motion. The motion (Filing No. 97) is granted, and Sebes conditions of release is amended to allow his travel throughout the Commonwealth of Pennsylvania.

**IT IS SO ORDERED.**

DATED this 26th day of July, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge