IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR107 |
| vs. | ) | ORDER |
| JOHN SEBES, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John Sebes (Sebes) to modify the conditions of his release to attend a wedding in Vermont during the period of December 19-22, 2013 (Filing No. 150). The motion is granted. All remaining conditions of release shall remain in effect.

**IT IS SO ORDERED.**

DATED this 5th day of December, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge