UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | CRIMINAL NO.: 8:13CR107 |
| v. | : | |
| | : | |
| JOHN SEBES, | : | |
|     Defendant | : | |

## **ORDER**

AND NOW, to wit, this 16th day of May, 2014, upon consideration of the Defendant's Motion to Modify Conditions of Pre-Trial Release, it is hereby ORDERED and DECREED that the defendant's pre-trial release is temporarily modified as follows:

    a. Defendant shall be permitted to travel throughout the Commonwealth of Pennsylvania including overnight with the permission, in advance, of the pre-trial release officer assigned to supervise the defendant; and

    b. Defendant, with the advance permission of the pre-trial release officer assigned to supervise the defendant, is specifically permitted to travel overnight to and from Washington County, Pennsylvania on June 7-8, 2014 for the purposes of attending a wedding.

All remaining conditions of release shall remain in effect.

                                            BY THE COURT:


                                            s/ Joseph F. Bataillon
                                            U.S. District Judge