# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:13CR107 |
| vs. | ) | ORDER |
| JOHN SEBES, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant John Sebes (Sebes) to amend conditions of release (Filing No. 246). The motion is granted and Sebes has permission for overnight travel to and from the Boston, Massachusetts, area on July 23-27, 2014.

**IT IS SO ORDERED.**

DATED this 3rd day of July, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge